[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAY 24, 2012
JOHN LEY
CLERK

No. 11-15084
Non-Argument Calendar
_____

Agency No. A027-960-218

RIGOBERTO LOBO-ZAPATA,

Petitioner,

versus

U.S. ATTORNEY GENERAL,

Respondent.

_____

Petition for Review of a Decision of the
Board of Immigration Appeals

_____

(May 24, 2012)

Before CARNES, MARCUS, and BLACK, Circuit Judges.

PER CURIAM:

Rigoberto Lobo-Zapata petitions for review of the Board of Immigration

Appeals' order denying his motion to reopen his case. The BIA denied that motion as untimely because it was not filed within 90 days of the BIA's final decision and did not fall within any exception to that time limit. See 8 U.S.C. § 1229a(c)(7)(C)(i) ("[T]he motion to reopen shall be filed within 90 days of the date of entry of a final administrative order or removal.") Zapata does not challenge that conclusion in his brief to this Court, so he has abandoned any argument that the BIA was wrong to conclude that his motion to reopen was untimely. See Lapaix v. U.S. Att'y Gen., 605 F.3d 1138, 1145 (11th Cir. 2010).[1]

**PETITION DENIED.**

---

[1] The BIA also found that the motion to reopen was essentially a motion to reconsider. The BIA concluded that if construed as motion to reconsider, it was still untimely because it was not filed within 30 days of the BIA's final decision. See 8 U.S.C. § 1229a(c)(6)(B). Zapata has not challenged that conclusion either, so he has abandoned any issue about that as well. See Lapaix, 605 F.3d at 1145.